UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AZIZ WAHAB, | : | |
|       Plaintiff, | : | CASE NO. 1:23-cv-01543-LJL |
| | : | |
| v. | : | |
| | : | |
| COINBASE, INC., | : | |
| | : | |
|       Defendant. | : | |

## ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation made by and between Plaintiffs Aziz Wahab ("Plaintiff") and Coinbase, Inc. ("Coinbase", and together, the "Parties") and for good cause showing:

1. All claims and counterclaims between Plaintiff and Coinbase will be transferred to binding arbitration and decided before an arbitrator with AAA on an individual basis only.

2. This action, as to Plaintiff and Coinbase shall be dismissed pursuant to F.R.C.P. 41(a).

**IT IS SO ORDERED.**

DATED: March 22, 2023

By: _____
The Honorable Lewis J. Liman
United States District Court Judge